# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>Abu Agila Mohammad Mas'ud Kheir Al-Marimi,<br>  a/k/a Abu Agila Muhammad Mas'ud Kheir Al-Marimi,<br>  a/k/a Abu Agila Muhammad Mas'ud Kheir,<br>  a/k/a Hasan Abu Ojalya Ibrahim<br><br>_Defendant(s)_ | ) Case: 1:20-mj-00252<br>) Assigned To : Faruqui, Zia M.<br>) Assign. Date : 12/14/2020<br>) Description: Complaint w/ Arrest Warrant<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about December 21, 1988, in London, England, Lockerbie, Scotland, and airspace above Lockerbie, Scotland, and, therefore, outside of the jurisdiction of any particular state or district of the United States, but within the extraterritorial jurisdiction of the United States and, pursuant to Title 18, U.S.C. § 3238, within the venue of the United States District Court for the District of Columbia, the defendant(s) violated:

| _Code Section_ | _Offense Description_ |
|---|---|
| 18 U.S.C. §§ 32(a)(1) & (a)(2), and 34 | Destruction of Aircraft Resulting in Death |
| 18 U.S.C. § 844(i) | Destruction of Vehicle Used in Interstate or Foreign Commerce by Means of an Explosive Resulting in Death |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☐ Continued on the attached sheet.

_____
_Complainant's signature_

Special Agent Rachel F. Otto
_Printed name and title_

Attested to by the applicant in accordance with the requirements of Fed. R. Cr. P. 4.1 by telephone.

Date__12/14/2020_____

_____
_Judge's signature_

City and state: Washington, D.C.

Zia M. Faruqui, United States Magistrate Judge
_Printed name and title_